**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PETER TEMPLETON,

Petitioner,

v. Civil No. 01-1285 (JRT/JGL)

TIMOTHY O'DELL, WARDEN,

Respondent.

**ORDER GRANTING ENLARGEMENT OF TIME**

JONATHAN LEBEDOFF, United States Magistrate Judge

Unnamed respondent Litscher has filed a motion to enlarge his time to respond to the writ (Doc. No. 4). The Court finds that good cause has been shown for an extension of time, and, therefore,

IT IS ORDERED:

That the respondent is granted an extension of time to respond to the petitioner's motion for judgment on the pleadings until 23 days after the date of this order.

Dated this 4 day of Sept, 2001.

BY THE COURT:

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK