UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**PETER D. TEMPLETON**,

Petitioner,

v.

**TIMOTHY O'DELL**, Warden CCA/PCF, and **JON E. LITSCHER**, Secretary, Wisconsin Department of Corrections,

Respondents.

Civil No. 01-1285 (JRT/JGL)

**O R D E R**

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner's Motion to Enlarge Time to Respond to Motion to Dismiss and Admissions (Doc. No. 15). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

## I. FACTS

Petitioner Templeton is currently in custody pursuant to a criminal judgment of conviction entered in the Circuit Court for Dane County, Wisconsin. However, Petitioner is incarcerated in the Prairie Correctional Facility in Appleton, Minnesota, by reason of a contractual arrangement. In the present motion, Petitioner seeks an enlargement of time to respond to Respondents' motions to dismiss his petition for a writ of habeas corpus.

OCT 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## II DISCUSSION

Petitioner's motion was filed on September 17, 2001. Coincidentally, that was the same day this Court issued an Order granting, among other things, an extension of time for Petitioner to respond to the motions to dismiss. Petitioner has since filed a timely response. Accordingly, Petitioner's motion is denied as moot.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Petitioner's Motion to Enlarge Time to Respond to Motion to Dismiss and Admissions (Doc. No. 15) is **DENIED AS MOOT**.

Dated: October 11, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge