UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**PETER D. TEMPLETON**,

Petitioner,

v.

**TIMOTHY O'DELL, Warden, PCF; and JON E. LITSCHER, Secretary, Wisconsin Dept. of Corrections**,

Respondents.

---

Civil No. 01-1285 (JRT/JGL)

**O R D E R**

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner's Motion for Judgment on the Pleadings (Doc. No. 7), Petitioner's Motion to Withdraw Motion for Judgment on the Pleadings (Doc. No. 11), and Respondent's Motion to Join in Motion to Dismiss (Doc. No. 13). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**A. Petitioner's Motion to Withdraw His Motion for Judgment on the Pleadings.**

The Court merely wishes to advise Petitioner that he may withdraw a motion without seeking leave of the Court, by filing a written request with the Clerk of Court. However, given that Petitioner has filed a motion seeking

FILED __________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________

permission to withdraw his motion for judgment on the pleadings, Petitioner will be allowed to do so.

**B. Respondent's Motion to Join in Motion to Dismiss**

Petitioner is currently confined at the Prairie Correctional Facility in Minnesota ("PCF") under a contract between the state of Wisconsin and Corrections Corporation of America, Inc., PCF's parent company. Petitioner originally filed his writ of habeas corpus against Respondent O'Dell, warden of PCF. On September 17, 2001 this Court ordered that Respondent Litscher, Secretary of the Wisconsin Department of Corrections, be added as a co-respondent in this matter. (Doc. No. 14.) On August 30, 2001, Respondent Litscher filed a motion to dismiss. (Doc. No. 8). Respondent O'Dell now seeks to join in that motion. The motion is granted.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Petitioner's Motion for Judgment on the Pleadings (Doc. No. 7) is **WITHDRAWN**;

(2) Petitioner's Motion to Withdraw Motion for Judgment on the Pleadings (Doc. No. 11) is **DENIED AS MOOT**; and

(3) Respondent's Motion to Join in Motion to Dismiss (Doc. No. 13) is **GRANTED**.

Dated: January 10, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge