**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PETER TEMPLETON,

Petitioner,

v.

TIMOTHY O'DELL,

Respondent.

Civil No. 01-1285 JRT/JGL

**ORDER**

Peter Templeton, No. 192740-5578, Prairie Correctional Facility, 445 South Munsterman Street, Post Office Box 500, Appleton, MN 56208-0500, *pro se* petitioner.

Andrea Baker, Assistant Attorney General, OFFICE OF THE WISCONSIN DEPARTMENT OF JUSTICE, 117 West Main Street, Madison, WI 53707; and Robert M. Lewis, BEST & FLANAGAN, 601 Second Avenue South, Suite 4000, Minneapolis, MN 55402, for respondents.

This matter is before the Court on petitioner's motion for enlargement of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow a 30-day extension.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an enlargement of time to respond to the Report and Recommendation [Docket No. 30] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on March 7, 2002.

Dated: Feb. 7, 2002
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK