**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**PETER D. TEMPLETON,**

Petitioner,

v.

**TIMOTHY O'DELL, Warden, PCF; and JON E. LITSCHER, Secretary, Wisconsin Dept. of Corrections,**

Respondents.

Civil No. 01-1285 (JRT/JGL)

**REPORT AND RECOMMENDATION**

---

Peter Templeton, pro se.

Michael D. Oeser, Esq., Assistant Attorney General for the state of Wisconsin, and Robert M. Lewis, Esq., for Respondents.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Respondents' Motions to Dismiss the Petition. (Doc. Nos. 8 & 13). The matter has been referred to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Pursuant to the Report and Recommendation issued by this Court on January 18, 2002, it is also recommended that Respondents' Motions to Dismiss the Petition be granted.

FEB 1 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED**:

(1) Respondent Jon E. Litscher's Motion to Dismiss Petition (Doc. No. 8) should be **GRANTED**; and

(2) Respondent Timothy O'Dell's Motion to Dismiss Petition (Doc. No. 13) should be **GRANTED**.

Dated: February 19, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

Under D. Minn. LR 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving all parties by March 8, 2002, a writing which specifically identifies those portions of this Report to which objections are being made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.